IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL WAYNE KING,<br><br>                  Petitioner,<br><br>  v.<br><br>BOB HOREL, Warden,<br><br>                  Respondent. | C 06-2606 MMC (PR)<br><br>**ORDER GRANTING RESPONDENT'S APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER** |

      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that respondent may have until June 26, 2006, to file an answer or other pleading responsive to the petition for writ of habeas corpus.

DATED: May 22, 2006.

                                                    MAXINE M. CHESNEY<br>                                                    United States District Judge