IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL WAYNE KING,<br><br>            Petitioner,<br><br>   v.<br><br>BOB HOREL, Warden,<br><br>            Respondent. | C 06-2606 MMC (PR)<br><br>**ORDER EXTENDING DEADLINE FOR RESPONDENT TO FILE RESPONSIVE PLEADING** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that respondent may have until July 26, 2006, to answer or file another pleading responsive to the petition for writ of habeas corpus.

DATED: June 21, 2006

_____
MAXINE M. CHESNEY
United States District Judge

Kingext2.order.wpd

ORDER - *King v. Horel*  C 06-2606 MMC (PR)            1