UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PAUL WAYNE KING,

    Petitioner

  v.

BOB HOREL, Warden, California State Prison - Solano, California Department of Corrections

    Respondent.
_____/

Case No. _C 06 2606 MMC

ORDER GRANTING PETITIONER'S REQUEST FOR EXTENTION OF TIME TO FILE MEMORANDUM IN SUPPORT OF PETITION

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

Petitioner may have until September 24, 2006, to file a memorandum of Points & Authorities in support of the petition for writ of habeas corpus, not to exceed 25 pages. No later than October 15, 2006, respondent shall file a memorandum in opposition to the petition, not to exceed 25 pages. No later than October 29, 2006, respondent may file a memorandum in reply to respondent's opposition, not to exceed 15 pages. As of October 29, 2006, the matter will stand submitted.

DATED: August 31, 2006.

_____
MAXINE M. CHESNEY
United States District Judge