IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL WAYNE KING,

        Petitioner,

v.

BOB HOREL,

        Respondent.
_____/

No. CV-06-2606 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the petition for a writ of habeas corpus is hereby DENIED.

Dated: November 18, 2008

                                  Richard W. Wieking, Clerk

                                  *Tracy Lucero*

                                  By: Tracy Lucero
                                  Deputy Clerk