**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   PAUL WAYNE KING,                          No. C 06-2606 MMC (PR)

12              Petitioner,                     **ORDER RELIEVING JOHN HALLEY AS**
        v.                                      **COUNSEL OF RECORD FOR**
13                                              **PETITIONER; DIRECTIONS TO CLERK**
     BOB HOREL,
14
                Respondent
15   _____/

16
           On November 17, 2008, the Court denied the instant petition for a writ of habeas
17
     corpus, and, on November 18, 2008, the Clerk entered judgment thereon.  Thereafter,
18
     petitioner's counsel of record, John Halley, advised petitioner he would not represent
19
     petitioner for purposes of appeal (see Docket No. 32), and petitioner subsequently has
20
     appeared herein pro se (see, e.g., Docket Nos. 24, 25).
21
           Accordingly, John Halley is hereby relieved as counsel of record for petitioner, and
22
     the Clerk is directed to send any district court order or notice, including, but not limited to,
23
     any order or notice regarding payment of fees for appeal, to petitioner Paul Wayne King
24
     directly.
25
           **IT IS SO ORDERED.**
26
27
     Dated:  February 3, 2009
28                                              _____
                                                MAXINE M. CHESNEY
                                                United States District Judge